**Larry McLeod PULLEY, Petitioner—Appellant,**

v.

**Theodis BECK, Respondent—Appellee.**

**Larry McLeod Pulley, Petitioner—Appellant,**

v.

**Theodis Beck, Respondent—Appellee.**

**Larry McLeod Pulley, Petitioner—Appellant,**

v.

**Theodis Beck, Respondent—Appellee.**

Nos. 09–6857, 09–6858, 09–6859.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 3, 2009.

Larry McLeod Pulley, Appellant pro se.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Larry McLeod Pulley seeks to appeal the magistrate judge's orders regarding his in forma pauperis status in three 28 U.S.C § 2254 (2006) cases. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The

orders Pulley seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*